## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DELOITTE & TOUCHE LLP, | ) Case No. 05-MC-40009 <br> ) Judge F. Dennis Saylor, IV <br> ) |
| Plaintiff, | ) |
| v. | ) Case pending in the United States District <br> ) Court of Pennsylvania <br> ) C.A. No. 04-CV-3423 |
| WM HIGH YIELD FUND,  et al., | ) |
| Defendants. | ) <br> ) |

### MOTION FOR PRO HAC VICE ADMISSION FOR LAUREN E. WAGNER

John A. Curseaden, Esquire, hereby moves this Court to admit *pro hac vice* Lauren E. Wagner to appear and practice in this Court in the above-referenced action.  Ms. Wagner is a member of the bars of the States of Alabama, Georgia, Maryland, Delaware and New York, and she is in good standing in every jurisdiction where she has been admitted to practice.  There are no disciplinary proceedings pending against Ms. Wagner in any jurisdiction.  Ms. Wagner is familiar with the Local Rules of the United States District Court for the District of Massachusetts.  Her application for leave to practice in this Court is pursuant to this motion of John A. Curseaden, Esquire, a member of the bar of this Court who also is filing an appearance in this action.

Evidence of  Ms. Wagner's good standing in the Alabama, Georgia, Delaware and Maryland bars is attached hereto as Exhibit A.   A certificate of good standing for the State of New York will be submitted as soon as possible.







# ALABAMA STATE BAR

415 Dexter Avenue • Post Office Box 671 • Montgomery, Alabama 36101
Telephone: 334 / 269-1515 • Fax: 334 / 261-6310
www.alabar.org

## STATE OF ALABAMA

## COUNTY OF MONTGOMERY

I, Keith B. Norman, Secretary of the Alabama State Bar and custodian of its records, hereby certify that Lauren Elizabeth Wagner has been duly admitted to the Bar of this State and is entitled to practice in all of the courts of this State including the Supreme Court of Alabama, which is the highest court of said state.

I further certify that Lauren Elizabeth Wagner was admitted to the Alabama State Bar September 30, 1994.

I further certify that the said Lauren Elizabeth Wagner is presently a member in good standing of the Alabama State Bar, having met all licensing/dues requirements for the year ending September 30, 2005.

IN WITNESS WHEREOF, I have hereunto set my hand and the seal of the Alabama State Bar on this the 17th day of May, 2005.

*Keith B. Norman*

Keith B. Norman, Secretary



LAWYERS RENDER SERVICE

# STATE BAR
# OF GEORGIA



*Supporting Lawyers' Service to the Public and the Justice System*

**Ms. Lauren Elizabeth Wagner**
**Grant & Eisenhofer**
**Suite 2100**
**1201 N. Market Street**
**Wilmington, DE  19801-2599**

CURRENT STATUS:    **Active Member**

DATE OF ADMISSION TO PRACTICE:    11/16/1999

Attorney Bar Number: 730179

Today's Date:    April 29, 2005

Listed below are the disciplinary actions, if any, which have been taken against this member:

| Supreme Court Docket # | State Disciplinary Board Docket # | Disposition |
|---|---|---|
| NA | NA | N/A |

The prerequisites for practicing law in the State of Georgia are as follows:

-Must be certified by the Office of Bar Admissions, either by exam, or on motion (**Reciprocity**)
-Sworn in to the Superior Court in Georgia
-Enrolled with the State Bar of Georgia which **is an arm of the Supreme Court of Georgia**

Under the privacy/confidentiality provision of the Bar Rule 4-221(d), any complaint against a member resolved prior to the filing and docketing of a disciplinary case in the Supreme Court is not a matter of public record, and may not be revealed without a waiver from the member.  It is the policy of the State Bar of Georgia to answer any inquiry about a member by disclosing only those complaints that have been docketed in the Supreme Court.  With respect to matters that are currently pending as active, undocketed cases, when an inquiry is received, the State Bar of Georgia shall not disclose the existence of those complaints.  Such non-disclosure should not be construed to confirm the existence of confidential complaints since the vast majority of members in good standing are not the subjects of such confidential complaints.

This member is currently in "good standing" as termed and defined by State Bar Rule 1-204.  The member is current in license fees and is not suspended or disbarred as of the date of this letter.

This document hereby certifies that the above-mentioned individual is a registered member of the State Bar of Georgia and is currently in good standing.

### STATE BAR OF GEORGIA

*Toni Peterson*
Toni Peterson
Official Representative of State Bar of Georgia

---

HEADQUARTERS
104 Marietta Street NW, Suite 100
Atlanta, Georgia 30303
(404) 527-8700 ▪ (800) 334-6865
FAX (404) 527-8717
www.gabar.org

SOUTH GEORGIA
244 E. Second Street (Zip 31794)
P.O. Box 1390
Tifton, Georgia 31793-1390
(229) 387-0446 ▪ (800) 330-0446
FAX (229) 382-7435

# Court of Appeals
# of Maryland
### Annapolis, MD



## CERTIFICATE OF GOOD STANDING

*STATE OF MARYLAND, ss:*

I, Alexander L. Cummings, Clerk of the Court of Appeals of Maryland, do hereby certify that on the __28th__ day of _____June_____ , 2004 ,

**LAUREN E. WAGNER**

having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court.

**In Testimony Whereof,** I have hereunto set my hand as Clerk, and affixed the Seal of the Court of Appeals of Maryland, this __29th__ day of _____April_____ , 2005.

*Alexander L. Cummings*
_____
Clerk of the Court of Appeals of Maryland

# SUPREME COURT OF THE STATE OF DELAWARE

## CERTIFICATE OF GOOD STANDING

The Clerk of the Supreme Court of the State of Delaware, the highest Court in the State, certifies that **Lauren E. Wagner** was admitted to practice as an attorney in the Courts of this State on December 15, 2003 and is an *active* member of the Bar of the Supreme Court of the State of Delaware in good standing.

IN TESTIMONY WHEREOF,

I have hereunto set my hand and affixed the seal of said Court at Dover this 26th day of April 2005.

Cathy L. Howard
Clerk of the Supreme Court



## CERTIFICATE OF SERVICE

I, John A. Curseaden, hereby certify that I have caused a true and correct copy of **Motion For Pro Hac Vice Admission for Lauren E. Wagner** to be sent this 10th day of June 2005 by First Class U.S. Mail, postage prepaid, to the following parties:

J. Andrew Rahl, Jr.
Mark L. Weyman
Michael J. Venditto
Andrea Pincus
ANDERSON KILL & OLICK, P.C.
1251 Avenue of the Americas
New York, New York 10020

Edward F. Mannino, Esquire
David L. Comerford, Esquire
Jeffrey A. Dailey, Esquire
Suzanne Marie Sweeney, Esquire
AKIN, GUMP, STRAUSS, HAUER & FELD, LLP
One Commerce Square, Suite 2200
2005 Market Street
Philadelphia, PA 19103

John A. Curseaden

3

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DELOITTE & TOUCHE LLP, | ) Case No. 05-MC-40009<br>) Judge F. Dennis Saylor, IV<br>) |
| Plaintiff, | ) |
| v. | ) Case pending in the United States District<br>) Court of Pennsylvania<br>) C.A. No. 04-CV-3423 |
| WM HIGH YIELD FUND, et al., | ) |
| Defendants. | ) |
| | ) |

### ORDER

AND NOW, this _____ day of _____ 2005, it is hereby

ORDERED that the application of Lauren E. Wagner, Esquire, to practice in this Court pursuant

to Local Rule of Civil Procedure 83.5.3 is GRANTED.


_____
United States District Judge