IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DELOITTE & TOUCHE LLP,<br><br>Plaintiff,<br><br>v.<br><br>WM HIGH YIELD FUND, et al.,<br><br>Defendants. | Case No. 05-MC-40009<br>Judge F. Dennis Saylor, IV<br><br>Case pending in the United<br>United States District Court<br>of Pennsylvania<br>C.A. No. 04-CV-3423 |

**PLAINTIFFS' RESPONSE TO DELOITTE & TOUCHE LLP'S MOTION TO QUASH SUBPOENA *DUCES TECUM* OR IN THE ALTERNATIVE FOR A PROTECTIVE ORDER**

The subpoena *duces tecum* that is the subject of Deloitte & Touche LLP's ("Deloitte & Touche") motion was issued in connection with a securities litigation action (the "DVI Securities Litigation Action") pending in the District Court for the Eastern District of Pennsylvania, in which Deloitte & Touche is a defendant. For the reasons set forth below, the Court does not need to resolve this motion at the present time. The securities case arises out of an alleged massive fraud at DVI, Inc. ("DVI"). After certain of Plaintiffs' claims against Deloitte & Touche survived Deloitte & Touche's motion to dismiss, Plaintiffs propounded discovery requests to Deloitte & Touche and issued a separate subpoena *duces tecum* to Dennis J. Buckley, the Trustee of the DVI Liquidating Trust. Mr. Buckley's office is located in this district. The subpoena seeks, among other things, documents that Deloitte & Touche produced to the Trustee or his predecessors in DVI's bankruptcy proceedings pursuant to Bankruptcy Rule 2004. Deloitte & Touche filed in this Court a motion to quash the subpoena to the Liquidating Trustee, or alternatively, a motion for a protective order.

In the DVI Securities Litigation Action, the U.S. Attorney's Office for the Eastern District of Pennsylvania filed a motion to stay the proceedings. The District Court for the Eastern District of Pennsylvania granted that stay by Order dated May 31, 2005 (the "Stay Order"). *See* Order attached hereto as Exhibit "A". Plaintiffs' discussions with the U.S. Attorney's Office to modify the scope of the requested stay of the proceedings are ongoing. Accordingly, by subsequent Order dated June 6, 2005, the District Court for the Eastern District of Pennsylvania ordered the parties to file any stipulations to alter or amend the Stay Order on or before June 20, 2005. *See* Order attached hereto as "Exhibit B".

In light of the present status of the Stay Order, Plaintiffs respectfully request that this Court defer ruling on Deloitte & Touche's motion and provide Plaintiffs ten (10) days from such time as the stay of Plaintiffs' action is lifted, amended or modified to respond to Deloitte & Touche's motion. Plaintiffs' counsel has communicated with Deloitte & Touche's counsel and is authorized to represent that Deloitte & Touche does not oppose Plaintiffs' request to defer a ruling on Deloitte & Touche's motion as requested herein.

Submitted this 9th day of June 2005.

GRANT & EISENHOFER P.A.

_____
John A. Curseaden (BBO# 562737)
Admitted in The United States District Court
for the District of Massachusetts

Stuart M. Grant
David E. Sellinger
James P. McEvilly
Lauren E. Wagner
Chase Manhattan Centre
1201 N. Market Street
Wilmington, Delaware 19801
Phone (302) 622-7000
Facsimile (302) 622-7100

Counsel for WM High Yield Fund, et al.



IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WM HIGH YIELD FUND, et al., <br> Plaintiffs, | : <br> : <br> : | CIVIL ACTION |
| v. | : <br> : | |
| MICHAEL A. O'HANLON, et al., <br> Defendants. | : <br> : <br> : | NO. 04-3423 |

ORDER

AND NOW, this __31st__ day of May, 2005, upon consideration of the United States' Motion to Stay Proceedings (Doc. No. 115), filed May 17, 2005, it is hereby ORDERED that the Motion is GRANTED.

It is further ORDERED that:

1. This matter shall be stayed for all purposes for **120 days** pending completion of the ongoing investigation by the United States Attorney's Office and the Federal Bureau of Investigation;

2. The United States shall advise the parties and the Court at the expiration of this stay, in writing, as to the status of the investigation;

3. The Clerk of Court shall mark this action closed for statistical purposes and place the matter in the Civil Suspense File pending further notification; and

4. The Court shall retain jurisdiction; and the case shall be restored to the trial docket when the action is in a status so that it may proceed to final disposition; this order shall not prejudice the rights of the parties to this litigation.

BY THE COURT: ENTERED

JUN - 3 2005

_____
Legrome D. Davis, J.



IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WM HIGH YIELD FUND, et al.,**<br>**Plaintiffs,** | : <br> : <br> : | CIVIL ACTION |
| v. | : <br> : | |
| **MICHAEL A. O'HANLON, et al.,**<br>**Defendants.** | : <br> : | NO. 04-3423 |

### ORDER

AND NOW, this 6th day of June, 2005, it is hereby ORDERED as follows:

1. any stipulations to alter or amend the Court's Order of May 31, 2005, staying this matter (Doc. No. 122), shall be submitted on or before June 20, 2005;

2. any such stipulation shall be by agreement of all parties as well as the United States Attorney's Office; and

3. any proposed modification of the stay shall not interfere with the pending criminal investigation nor prejudice the rights of the Defendants in any way.

It is further ORDERED that Plaintiffs' Motion for Extension of Time (Doc. No. 120), filed June 2, 2005, is DENIED AS MOOT.

BY THE COURT:

/s/
Legrome D. Davis, J.

## **CERTIFICATE OF SERVICE**

I, John A. Curseaden, hereby certify that I have caused a true and correct copy of *Plaintiffs' Response To Deloitte & Touche LLP's Motion To Quash Subpoena* Duces Tecum *Or In The Alternative For A Protective Order* to be sent this 10th day of June 2005 to the following parties by First Class U.S. Mail, postage prepaid:

_____
John A. Curseaden

Richard L. Scheff, Esquire
MONTGOMERY, MCCRACKEN,
WALKER & RHOADS, LLP
123 South Broad Street - 28th Floor
Philadelphia, PA 19109
*Counsel to Michael A. O'Hanlon*

Maura E. Fay, Esquire
Christine Callahan, Esquire
Dawn N. Zubrick, Esquire
DILWORTH PAXSON LLP
3200 Mellon Bank Center
1735 Market Street
Philadelphia, PA 19103
*Counsel to Steven R. Garfinkel*

Julian W. Friedman, Esquire
Maureen Nakly, Esquire
STILLMAN & FRIEDMAN, P.C.
425 Park Avenue
New York, New York 10022

Patrick J. Loftus, Esquire
Kelly D. Eckel, Esquire
Matthew A. Taylor, Esquire
Robert E. Kelly, Esquire
DUANE MORRIS, LLP
One Liberty Place, Suite 4200
Philadelphia, PA 19103
*Counsel to John P. Boyle and Raymond Fear*

Daniel Segal, Esquire
Matthew A. Hammermesh, Esquire
Bruce S. Haines, Esquire
HANGLEY ARONCHICK SEGAL & PUDLIN
One Logan Square, 27th Floor
Philadelphia, PA 19103
*Counsel to Terry W. Cady, Matthew Colasanti*

David M. Laigaie, Esquire
Gregory P. Miller, Esquire
Michael A. Morse, Esquire
MILLER, ALFANO & RASPANTI, P.C.
1818 Market Street - Suite 3402
Philadelphia, PA 19103
*Counsel to Harry T.J. Roberts*

3

Marc J. Sonnenfeld, Esquire
William P. Quinn, Jr., Esquire
Karen Pieslak Pohlmann, Esquire
David W. Marston, Jr., Esquire
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103-2921
*Counsel to William S. Goldberg, John E. McHugh, Nathan Shapiro*

James R. Rohn, Esquire
Patricia M. Hamill, Esquire
Paul G. Greco, Esquire
CONRAD O'BRIEN GELLMAN & ROHN, P.C.
1515 Market Street - 16th Floor
Philadelphia, PA 19102-1916
*Counsel to Richard Miller*

Stuart J. Chanen, Esquire
Leah J. Domitrovic, Esquire
Matthew J. Cannon, Esquire
KATTEN MUCHIN ZAVIS ROSENMAN
525 West Monroe Street - Suite 1600
Chicago, IL 60661-3693
*Counsel to Dolphin Medical*

Michael E. Baughman, Esquire
Alessandro Martuscelli
DECHERT LLP
1717 Arch Street
4000 Bell Atlantic Tower
Philadelphia, PA 19103
*Counsel to Oncure Technologies Corporation*

William J. Leonard, Esquire
OBERMAYER REBMANN
MAXWELL & HIPPEL LLP
One Penn Center, 19th Floor
1617 JFK Boulevard
Philadelphia, PA 19103-1895
*Counsel to Gerald Cohn*

William J. Taylor, Esquire
Kevin Berry, Esquire
COZEN O'CONNOR
1900 Market Street
Philadelphia, PA 19103
*Counsel to Anthony Turek*

Edward F. Mannino, Esquire
David L. Comerford, Esquire
Jeffrey A. Dailey, Esquire
Suzanne Marie Sweeney, Esquire
AKIN, GUMP, STRAUSS, HAUER & FELD LLP
One Commerce Square - Suite 2200
2005 Market Street
Philadelphia, PA 19103
*Counsel to Deloitte & Touche, LLP amd Harold Neas*

David S. Hoffner, Esquire
DECHERT LLP
30 Rockefeller Plaza
New York, NY 10112
*Counsel to Oncure Technologies Corporation and Jeffrey Goffman*

Elizabeth S. Campbell, Esquire
Robert L. Hickok, Esquire
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103
*Counsel to Presgar Imaging, LLC*

Jeffrey S. Saltz, Esquire
LAW OFFICE OF JEFFREY S. SALTZ, P.C.
1515 Market Street – Suite 1000
Philadelphia, PA 19102
*Counsel to Dolphin Medical*

4

J. Andrew Rahl, Jr.
Mark L. Weyman
Michael J. Venditto
Andrea Pincus
Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, New York 10020

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DELOITTE & TOUCHE LLP,<br><br>          Plaintiff,<br><br>v.<br><br>WM HIGH YIELD FUND, et al.,<br><br>          Defendants. | Case No. 05-MC-40009<br>Judge F. Dennis Saylor, IV<br><br>Case pending in the United<br>United States District Court<br>of Pennsylvania<br>C.A. No. 04-CV-3423 |

## ORDER

AND NOW, this _____ day of _____ 2005, upon consideration of Deloitte & Touche LLP's Motion to Quash Subpoena *Duces Tecum* Issued to Dennis J. Buckley, Trustee of the DVI Liquidating Trust, Or In the Alternative, Motion for Protective Order, and memorandum of law in support thereof ("Deloitte's Motion"), and Plaintiffs' response thereto, it is hereby ORDERED that Plaintiffs shall file a response to Deloitte's Motion ten (10) days after the United States District Court for the Eastern District of Pennsylvania lifts, amends or modifies its stay order dated May 31, 2005 in case no. 04-CV-3423 pending in the Eastern District of Pennsylvania.

BY THE COURT:

_____
J.